|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br>vs.<br><br>VICA-VIOREL MOTOI,<br><br>          Defendant. | Case No.: 2:12-CR-018-RCJ-GWF<br><br>**ORDER OF REFERRAL AND NOTICE<br>OF CHANGE OF PLEA HEARING** |

## ORDER OF REFERRAL

    Defendant, **VICA-VIOREL MOTOI**, having requested permission to enter a plea of guilty, and having consented to go forward with that plea of guilty before a United States Magistrate Judge, the Court refers the matter to Magistrate Judge **GEORGE W. FOLEY, JR.**, to administer the allocution pursuant to Rule 11, Fed. R. Crim.P., and to make findings as follows:

    (A) whether Defendant (1) is competent to enter into a plea; (2) knowingly and voluntarily wishes to enter a plea to the charge(s); (3) understands the charge(s); (4) whether there exists a factual basis for the charges; and a recommendation as follows:

    (B) whether the plea of guilty should be accepted by the District Court.

    (C) whether the defendant voluntarily consents to go forward with that plea before United States Magistrate Judge **GEORGE W. FOLEY, JR.**

    The Magistrate Judge is requested to use the allocution drafted and used by the Court in taking a guilty plea.

SO ORDERED:

DATED: This 9th day of March, 2012.

_____
Robert C. Jones
United States Chief District Judge

## NOTICE OF CHANGE OF PLEA HEARING

    PLEASE TAKE NOTICE that a Change of Plea hearing as to VICA-VIOREL MOTOI is set for **THURSDAY, MARCH 29, 2012 @ 09:30AM before the Honorable U.S. Magistrate Judge GEORGE W. FOLEY, JR., Courtroom 3A, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.**